**Todd Rosenbaum**
212 692 6819
tfrosenbaum@mintz.com



919 Third Avenue
New York, NY  10022
212 935 3000
mintz.com

February 9, 2024

**VIA ECF AND FAX ((212) 805-7942)**

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007

      Re:    *Del Rosario, et al. v. Baldor Specialty Foods, Inc.,* 1:23-cv-03580-AKH

Dear Judge Hellerstein:

      This firm represents Defendant Baldor Specialty Foods, Inc. in connection with the above-referenced action (the "Action") and submits this letter on behalf of all parties.

      The parties are pleased to report that they have reached an agreement in principle on terms to settle this Action. Therefore, the parties respectfully request that the Court stay all deadlines in the Action for forty-five (45) days while the parties work to document and submit the settlement for the Court's approval.

      Plaintiffs intend to file preliminary approval papers by March 25, 2024. The parties will update the Court by that date if Plaintiffs are unable to file the preliminary approval papers by then.

      We thank the Court for its continued attention to this matter.

      Respectfully submitted,

      MINTZ LEVIN COHN FERRIS
      GLOVSKY AND POPEO P.C.

      /s/ *Todd Rosenbaum*
      Todd Rosenbaum, Esq.
      919 Third Avenue
      New York, NY 10022
      P:  (212) 935-3000
      F:  (212) 983-3115
      TFRosenbaum@mintz.com

      *Counsel for Baldor Specialty Foods, Inc.*

**MINTZ** 

February 9, 2024
Page 2

cc: Raina C. Borrelli, Esq. (via ECF)
James Jackson Bilsborrow (via ECF)
*Counsel for Plaintiffs*