**Todd Rosenbaum**
212 692 6819
tfrosenbaum@mintz.com



MINTZ

919 Third Avenue
New York, NY  10022
212 935 3000
mintz.com

February 9, 2024

**VIA ECF AND FAX ((212) 805-7942)**

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007

A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 45 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled.  The Clerk is directed to close the case.
                 SO ORDERED.
Dated: 2/9/24             /s/ Alvin K. Hellerstein
New York, New York         Alvin K. Hellerstein
                           United States District Judge

Re:   *Del Rosario, et al. v. Baldor Specialty Foods, Inc.,* 1:23-cv-03580-AKH

Dear Judge Hellerstein:

This firm represents Defendant Baldor Specialty Foods, Inc. in connection with the above-referenced action (the "Action") and submits this letter on behalf of all parties.

The parties are pleased to report that they have reached an agreement in principle on terms to settle this Action. Therefore, the parties respectfully request that the Court stay all deadlines in the Action for forty-five (45) days while the parties work to document and submit the settlement for the Court's approval.

Plaintiffs intend to file preliminary approval papers by March 25, 2024. The parties will update the Court by that date if Plaintiffs are unable to file the preliminary approval papers by then.

We thank the Court for its continued attention to this matter.

Respectfully submitted,

MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO P.C.

/s/ *Todd Rosenbaum*
Todd Rosenbaum, Esq.
919 Third Avenue
New York, NY 10022
P:  (212) 935-3000
F:  (212) 983-3115
TFRosenbaum@mintz.com

*Counsel for Baldor Specialty Foods, Inc.*

**MINTZ**



February 9, 2024
Page 2

cc:    Raina C. Borrelli, Esq. (via ECF)
        James Jackson Bilsborrow (via ECF)
        *Counsel for Plaintiffs*