UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

EDUARDO ANTONIO JIMENEZ DEL ROSARIO on behalf of himself and all others similarly situated,

                       Plaintiffs,

    v.

BALDOR SPECIALTY FOODS, INC.,

                       Defendant.

---------------------------------------------------------------- X

**ORDER**

23 Civ. 3580 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    This order corrects my prior order at ECF No. 58. The case is not yet dismissed, as the Court must approve the parties' settlement agreement. Instead, all dates currently set for conference are canceled and the Plaintiffs' motion for preliminary approval of the class settlement shall be filed by March 25, 2024. Following the filing of such motion, the parties shall meet with the Court on April 8, 2024 at 11:00 a.m. for a preliminary discussion of the settlement agreement.

    ECF No. 58 is vacated, and the Clerk shall reinstate the case.

    SO ORDERED.

Dated:    February 12, 2024                              /s/ Alvin K. Hellerstein
            New York, New York                    ALVIN K. HELLERSTEIN
                                                               United States District Judge