**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EDUARDO ANTONIO JIMENEZ DEL ROSARIO, JAYSON MERCADO, and TANEISHA LEWIS, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>BALDOR SPECIALTY FOODS, INC.,<br><br>     Defendant. | Case No. 1:23-cv-03580<br><br>Judge Alvin K. Hellerstein |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL**
**OF CLASS ACTION SETTLEMENT**

Plaintiffs Eduardo Antonio Jimenez Del Rosario, Jayson Mercado, and Taneisha Lewis, through their attorneys, individually and on behalf of all others similarly situated, hereby move this Court to:

1. Grant preliminary approval of the settlement described in the Settlement Agreement[1] between Plaintiffs and Defendant Baldor Specialty Foods, Inc.;

2. Approve the Notice Program;

3. Appoint Simpluris as Settlement Administrator;

4. Preliminarily certify the Settlement Class for settlement purposes only;

5. Appoint Plaintiffs Eduardo Antonio Jimenez Del Rosario, Jayson Mercado, and Taneisha Lewis as Settlement Class Representatives;

---

[1] All capitalized terms have the meaning ascribed to them in the Settlement Agreement, attached to this motion as **Exhibit 1**.

6.      Appoint Raina C. Borrelli and Brittany Resch of Turke & Strauss LLP as Settlement

Class Counsel;

7.      Approve the form and content of the Short Form Notice (**Exhibit A**), Long Form

Notice (**Exhibit B**), and Claim Form (**Exhibit C**), all attached to the Settlement Agreement,

respectively; and

8.      Schedule a Final Fairness Hearing to consider entry of a final order approving the

Settlement, final certification of the Settlement Class for settlement purposes only, and the request

for attorneys' fees, costs, and expenses, and Plaintiffs' service awards.

This Motion is based upon: (1) this Motion; (2) the accompanying Memorandum in

support; (3); the Declaration of Raina C. Borrelli; (4) the Settlement Agreement and its exhibits;

(5) the [Proposed] Preliminary Approval Order (**Exhibit D,** attached to the Settlement Agreement);

(6) the [Proposed] Final Approval Order (**Exhibit E,** attached to the Settlement Agreement);

(7) the records, pleadings, and papers filed in this action; and (8) upon such other documentary

and oral evidence or argument as may be presented to the Court at or prior to the hearing of this

Motion.

Dated:  March 25, 2024                                Respectfully submitted,

                                                        By*:   /s/ Raina C. Borrelli*
                                                           Raina C. Borrelli
                                                           raina@turkestrauss.com
                                                           Brittany Resch
                                                           brittanyr@turkestrauss.com
                                                           TURKE & STRAUSS LLP
                                                           613 Williamson St., Suite 201
                                                           Madison, WI 53703
                                                           Telephone (608) 237-1775
                                                           Facsimile: (608) 509-4423

                                                           James J. Bilsborrow (NY Bar # 519903)
                                                           jbilsborrow@weitzlux.com
                                                           WEITZ & LUXENBERG, PC

700 Broadway
New York, NY  10003
Telephone: (212) 558-5500

*Attorneys for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that on March 25, 2024, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to counsel of record via the ECF system.

DATED this 25th day of March, 2024.

TURKE & STRAUSS LLP

By: */s/ Raina C. Borrelli*
     Raina C. Borrelli
     raina@turkestrauss.com
     TURKE & STRAUSS LLP
     613 Williamson St., Suite 201
     Madison, WI 53703
     Telephone: (608) 237-1775
     Facsimile: (608) 509-4423