UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDUARDO ANTONIO JIMENEZ DEL ROSARIO, JAYSON MERCADO, and TANEISHA LEWIS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BALDOR SPECIALTY FOODS, INC.,<br><br>Defendant. | Case No. 1:23-cv-03580<br><br>Judge Alvin K. Hellerstein |

**PLAINTIFFS' UNOPPOSED SUPPLEMENTAL MOTION FOR PRELIMINARY APPROVAL OF AMENDED CLASS ACTION SETTLEMENT**

Plaintiffs Eduardo Antonio Jimenez Del Rosario, Jayson Mercado, and Taneisha Lewis, through their attorneys, individually and on behalf of all others similarly situated, hereby move this Court to:

1. Grant preliminary approval of the settlement described in the Amended Settlement Agreement[1] between Plaintiffs and Defendant Baldor Specialty Foods, Inc. The Amended Settlement Agreement addresses the issues identified by the Court at the April 8 hearing on Plaintiffs' Unopposed Motion for Preliminary Approval;

2. Approve the Notice Program;

3. Appoint Simpluris as Settlement Administrator;

4. Preliminarily certify the Settlement Class for settlement purposes only;

---

[1] All capitalized terms have the meaning ascribed to them in the Amended Settlement Agreement, attached to this motion as **Exhibit 1**.

5. Appoint Plaintiffs Eduardo Antonio Jimenez Del Rosario, Jayson Mercado, and Taneisha Lewis as Settlement Class Representatives;

6. Appoint Raina C. Borrelli and Brittany Resch of Turke & Strauss LLP as Settlement Class Counsel;

7. Approve the form and content of the Short Form Notice (**Exhibit A**), Long Form Notice (**Exhibit B**), and Claim Form (**Exhibit C**), all attached to the Settlement Agreement, respectively; and

8. Schedule a Final Fairness Hearing for August 19, 2024, at 10:00 a.m. to consider entry of a final order approving the Settlement, final certification of the Settlement Class for settlement purposes only, and the request for attorneys' fees, costs, and expenses, and Plaintiffs' service awards.

This Motion is based upon: (1) this Motion; (2) the previously filed Memorandum in support of preliminary approval (Doc. 61); (3); the Declaration of Raina C. Borrelli previously filed in support of preliminary approval (Doc. 62); (4) the Settlement Agreement and its exhibits; (5) the [Proposed] Preliminary Approval Order (**Exhibit D,** attached to the Settlement Agreement and submitted to the Court); (6) the [Proposed] Final Approval Order (**Exhibit E,** attached to the Settlement Agreement); (7) the records, pleadings, and papers filed in this action; and (8) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Dated: April 18, 2024

Respectfully submitted,

By: */s/ Raina C. Borrelli*
Raina C. Borrelli
raina@turkestrauss.com
Brittany Resch
brittanyr@turkestrauss.com
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, WI 53703
Telephone (608) 237-1775
Facsimile: (608) 509-4423

James J. Bilsborrow (NY Bar # 519903)
jbilsborrow@weitzlux.com
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500

*Attorneys for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that on April 18, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 18th day of April, 2024.

                TURKE & STRAUSS LLP

                By: */s/ Raina C. Borrelli*
                      Raina C. Borrelli
                      raina@turkestrauss.com
                      TURKE & STRAUSS LLP
                      613 Williamson St., Suite 201
                      Madison, WI 53703
                      Telephone: (608) 237-1775
                      Facsimile: (608) 509-4423