UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                         :

EDUARDO ANTONIO JIMENEZ DEL       :
ROSARIO on behalf of himself and all others   :    **ORDER**
similarly situated,                             :

                                           :    23 Civ. 3580 (AKH)

                        Plaintiffs,  :

      v.                                   :

                                           :

BALDOR SPECIALTY FOODS, INC.,        :

                                           :

                                Defendant.
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The conference set for August 20, 2024, at 10:00 a.m. is adjourned to August 21, 2024, at

2:30 p.m.

      SO ORDERED.

Dated:       July 22, 2024                                 /s/ Alvin K. Hellerstein
              New York, New York                   ALVIN K. HELLERSTEIN
                                                   United States District Judge