# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDUARDO ANTONIO JIMENEZ DEL ROSARIO, JAYSON MERCADO, and TANEISHA LEWIS, on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>v.<br><br>BALDOR SPECIALTY FOODS, INC.,<br><br>         Defendant. | Case No. 1:23-cv-03580<br><br>Judge Alvin K. Hellerstein |

## NOTICE OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** Plaintiffs Eduardo Anthonio Jiminez Del Rosario, Jayson Mercado, and Taneisha Lewis, on behalf of themselves and the Settlement Class, hereby move the Court to finally approve the parties' class settlement and certify the settlement class under Fed. R. Civ. P. 23.

This motion is based on the accompanying memorandum of law, the pleadings and documents on file, and such oral argument and documentary evidence as may be properly presented at the time of the hearing.

Dated: August 6, 2024                By: */s/ Brittany Resch*
                                                        Brittany Resch (*pro hac vice*)
                                                        Raina C. Borrelli (*pro hac vice*)
                                                        STRAUSS BORRELLI PLLC
                                                        One Magnificent Mile
                                                        980 N. Michigan Avenue, Suite 1610
                                                        Chicago IL, 60611
                                                        Telephone: (872) 263-1100
                                                        Facsimile: (872) 263-1109

bresch@straussborrelli.com
raina@straussborrelli.com

James J. Bilsborrow (NY Bar # 519903)
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY  10003
Telephone: (212) 558-5500
jbilsborrow@weitzlux.com

*Attorneys for Plaintiff and the Proposed Class*

bresch@straussborrelli.com
raina@straussborrelli.com

James J. Bilsborrow (NY Bar # 519903)
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY  10003
Telephone: (212) 558-5500
jbilsborrow@weitzlux.com

*Attorneys for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Brittany Resch, hereby certify that on August 6, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 6th day of August, 2024.

          STRAUSS BORRELLI PLLC

          By: */s/ Brittany Resch*
               Brittany Resch
               STRAUSS BORRELLI PLLC
               One Magnificent Mile
               980 N. Michigan Avenue, Suite 1610
               Chicago IL, 60611
               Telephone: (872) 263-1100
               Facsimile: (872) 263-1109
               bresch@straussborrelli.com