UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **EDUARDO ANTONIO JIMENEZ DEL ROSARIO, JAYSON MERCADO, and TANEISHA LEWIS**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**BALDOR SPECIALTY FOODS, INC.**,<br><br>Defendant. | Case No. 1:23-cv-03580<br><br>**DECLARATION OF CHRISTOPHER LEUNG OF SIMPLURIS, INC. REGARDING NOTICE AND SETTLEMENT ADMINISTRATION** |

I, CHRISTOPHER LEUNG, declare as follows:

1. I am employed as a Project Manager by Simpluris, Inc. ("Simpluris"), the settlement administrator in the above-entitled action. Our corporate office address is 3194-C Airport Loop Dr., Costa Mesa, CA 92626. I am over twenty-one years of age and authorized to make this declaration on behalf of Simpluris and myself. I have personal knowledge of the information set forth herein.

2. Simpluris is a class action Settlement Administration Company located in Costa Mesa, California. It was founded by individuals who have each managed thousands of settlements, along with professionals in the areas of software development, third-party claims administration, mail-house operations, and call center support management.

3. *CAFA Notice.* On April 26, 2024, Simpluris mailed and emailed notifications to relevant state Attorneys General pursuant to the Class Action Fairness Act of 2005 and 28 U.S.C. § 1715.

4. *Notice Data.* On April 11, 2024, the Defendant provided Simpluris with a data file of Class Member data that included names and contact information. The data file contained a total of 13,882 rows of records.

5. Upon receipt of the Class Member data file, Simpluris "scrubbed" the data to ensure it was in proper format for distributing notice and applied data logic as confirmed with counsel to deduplicate records where appropriate. The final Class List contained 13,863 unique records of Class Members, including 13,856 Class Members with valid physical mailing addresses and seven (7) Class Members with invalid physical mailing addresses. Prior to mailing, Simpluris updated the mailing address information for all class members via the USPS National Change of Address ("NCOA") database, which provides updated address information for individuals or entities who have moved during the previous four years and filed a change of address with the USPS. Additionally, all addresses were processed through the USPS Coding Accuracy Support System ("CASS") and Locatable Address Conversion System ("LACS") to ensure deliverability.

6. *Notices.* On May 22, 2024, Simpluris disseminated Postcard Notice via U.S. First Class Mail to the 13,863 Class Members. A true and correct copy of the Postcard Notice is attached as **Exhibit A**. As of August 1, 2024, a total of 1,691 Postcard Notices have been returned by USPS, some with forwarding addresses. For the Postcard Notices returned without a forwarding address, Simpluris performed an advanced address search (i.e. skip trace) on all of these addresses by using Accurint, a reputable research tool owned by Lexis-Nexis. Simpluris used the Settlement Class Member's name and previous address to locate a more current address. Of the 1,691 returned Postcard Notices, 1,216 Postcard Notices were re-mailed to either a newly-found address or a forwarding address provided by USPS, and 475 Postcard Notices were determined to be undeliverable because no updated address was found in a skip trace.

7. *Reminder Notices.* On July 22, 2024, Simpluris disseminated a Reminder Notice U.S. First Class Mail to 13,068 Class Members. A true and correct copy of the Reminder Notice is attached as **Exhibit B**. As of August 1, 2024, a total of 28 Postcard Notices have been returned by USPS.

8. *Settlement Website.* The Settlement Website was launched on May 22, 2024, and contained a Home page, a Frequently Asked Questions page, an Important Documents page providing downloadable

documents (including, among other filed documents, the Settlement Agreement, Preliminary Approval Order, Long Form Notice, and Double Postcard Notice and Claim Form), an Important Dates page, a Contact page and an online claim form module. As of August 1, 2024, there have been 45,837 page views and 43,872 unique visitors to the Settlement Website.

9.   *Toll-Free Line.*  On May 23, 2024, Simpluris established a toll-free telephone line - (877) 723-7126 - to allow Class Members to hear answers to frequently asked questions.

10.   *Claim Forms.* Class members have until August 20, 2024, to submit an Online Claim Form or mail in a Paper Claim Form. As of August 1, 2024, Simpluris has received 257 timely Online Claim Form submissions, 322 Postcard Claim Forms, and no Paper Claim Forms via mail. Of these timely claims, the benefits claimed are as follows: 112 class members have claimed credit monitoring services, 83 class members have claimed for lost time, 13 class members have claimed for unreimbursed economic losses, and 441 class members have claimed an alternative cash payment.

11.   *Exclusion Requests*.  As of August 1, 2024, Simpluris has received no requests for exclusion from Class Members. The deadline to file a request for exclusion was July 21, 2024.

12.   *Objections*.  As of August 1, 2024, Simpluris has received no objections from Class Members. The deadline to file an Objection was July 21, 2024.

13.   *Settlement Agreement.* Prior to commencing the notice program, my team and I reviewed the parties' settlement agreement in this case with a focus on the section on settlement administration, which detailed the roles and responsibilities of the Claims Administrator. Simpluris has carried out the provisions in the agreement in a manner consistent with best practices, thereby fulfilling its obligation to "provide notice in a manner mutually agreed upon by the Parties."

14.   *Administration Costs.*  Simpluris' estimated costs for services in connection with the administration of this Settlement, including fees incurred and anticipated future costs for completion of the administration, are $40,732.00.

15. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on August 5, 2024.

_____
Christopher Leung

# EXHIBIT A

A settlement has been proposed ("Settlement") in a class action lawsuit against Baldor Specialty Foods, Inc. ("Baldor"). The lawsuit arises from the February 2023 data incident ("Data Incident") where cybercriminals illegally accessed the computer systems of Baldor. The Data Incident potentially exposed the private information of Baldor's current and former employees. Baldor denies all liability.

**Who is included?** The Settlement includes everyone whom Baldor notified that their personal information was potentially compromised in the Data Incident (the "Settlement Class Members"). Baldor's records indicate that you are a Settlement Class Member.

**What benefits are available?** The Settlement provides Settlement Class Members with their choice of (1) three years of credit monitoring services, compensation for unreimbursed economic losses (up to $10,000), and compensation for lost time (up to 6 hours at $25 per hour, or $150 total), **OR** (2) an estimated $100 cash payment. Settlement benefits may be increased or decreased *pro rata* based on the number of claims filed.

**How do I get benefits?** You must complete and submit a Claim Form by **August 20, 2024**. Claim Forms are available and may be filed online at www.BaldorDataBreachSettlement.com.

**What are my other options?** If you do not want to be legally bound by the Settlement, you must exclude yourself by **July 21, 2024**. Unless you exclude yourself from the Settlement, you will not be able to sue Baldor or its related parties for any claim released by the Settlement Agreement. If you do not exclude yourself from the Settlement, you may object and notify the Court that you or your lawyer intend to appear at the Court's fairness hearing. Objections are due on **July 21, 2024**.

**The Court's Fairness Hearing.** The Court will hold a final fairness hearing in this case (*Jimenez Del Rosario, et al. v. Baldor Specialty Foods, Inc.*, 1:23-cv-03580) on August 20, 2024, at 10:00 a.m. At this hearing, the Court will decide whether to approve: (1) the Settlement; (2) Class Counsel's request for up to $183,333.33 in attorneys' fees, and reimbursement of up to $10,000 in costs; and (3) $5,000 Service Awards to each of the three Class Representatives. You may appear at the hearing, but you do not have to. You also may hire your own attorney, at your own expense, to appear or speak for you at the hearing.

------------------------------------------------------------

BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 47   COSTA MESA CA
POSTAGE WILL BE PAID BY ADDRESSEE

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

*Baldor Data Breach Settlement*
PO Box 25226
Santa Ana, CA 92799

*Baldor Data Breach Settlement*
P.O. Box 25226
Santa Ana, CA 92799

```
PRESORTED
FIRST CLASS
U.S. POSTAGE
PAID
SIMPLURIS INC
```

<u>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK</u>

**LEGAL NOTICE**

Case No. 1:23-cv-03580 (S.D.N.Y.)

**If you were given notice by Baldor that your private information was impacted by Baldor's data incident in February 2023, you may be entitled to benefits from a class action settlement.**

*A federal district court authorized this Notice.*

**www.BaldorDataBreachSettlement.com**
**1-877-723-7126**

**CLAIM NUMBER:**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CLAIM NUMBER:**

**BALDOR SPECIALTY FOODS DATA BREACH CLAIM FORM**

*Complete this Claim Form, tear at perforation, and return by U.S. Mail no later than **August 20, 2024.***
You have two options. You can get either:

    (1) three years of **credit monitoring services**, compensation for **unreimbursed economic losses\*** (up to $10,000), and compensation **for lost time** (up to 6 hours, at $25 per hour, for a total of $150)
<u>**OR**</u>    (2) an estimated $100 cash payment.
*\*To file claims for unreimbursed economic losses, visit www.BaldorDataBreachSettlement.com instead of using this Claim Form.*

| Credit Monitoring and/or Compensation for Lost Time | | Cash Payment (estimated $100) |
|---|---|---|
| ☐ Yes, I would like to receive **credit monitoring services**<br><br>☐ Yes, I would like to claim compensation for **lost time**<br><br>By checking this box, I swear and affirm that I spent the amount of time noted below in response to the data breach.<br><br>    Hours claimed (up to six): _____ | <u>***OR***</u> | ☐ Yes, I would like to receive a cash payment |

If submitting either a claim for lost time <u>***OR***</u> a claim for a cash payment, how would you like to be paid:
Select <u>***ONE***</u>: ☐ PayPal   ☐ Venmo   ☐ Zelle   ☐ Check
The email address associated with my PayPal, Venmo, or Zelle account: _____

Signature                                        Date (MM-DD-YY):    -    -

# EXHIBIT B

**PLEASE DISREGARD THIS REMINDER NOTICE IF YOU ALREADY SUBMITTED A CLAIM**

A settlement has been proposed ("Settlement") in a class action lawsuit against Baldor Specialty Foods, Inc. ("Baldor"). The lawsuit arises from the February 2023 data incident ("Data Incident") where cybercriminals illegally accessed the computer systems of Baldor. The Data Incident potentially exposed the private information of Baldor's current and former employees. Baldor denies all liability.

**Who is included?** The Settlement includes everyone whom Baldor notified that their personal information was potentially compromised in the Data Incident (the "Settlement Class Members"). Baldor's records indicate that you are a Settlement Class Member.

**What benefits are available?** The Settlement provides Settlement Class Members with their choice of (1) three years of credit monitoring services, compensation for unreimbursed economic losses (up to $10,000), and compensation for lost time (up to 6 hours at $25 per hour, or $150 total), **_OR_** (2) an estimated $100 cash payment. Settlement benefits may be increased or decreased *pro rata* based on the number of claims filed.

**How do I get benefits?** You must complete and submit a Claim Form by **August 20, 2024**. Claim Forms are available and may be filed online at www.BaldorDataBreachSettlement.com.

**What are my other options?** If you do not want to be legally bound by the Settlement, you must exclude yourself by **July 21, 2024**. Unless you exclude yourself from the Settlement, you will not be able to sue Baldor or its related parties for any claim released by the Settlement Agreement. If you do not exclude yourself from the Settlement, you may object and notify the Court that you or your lawyer intend to appear at the Court's fairness hearing. Objections are due on **July 21, 2024**.

**The Court's Fairness Hearing.** The Court will hold a final fairness hearing in this case (*Jimenez Del Rosario, et al. v. Baldor Specialty Foods, Inc.*, 1:23-cv-03580) on August 20, 2024, at 10:00 a.m. At this hearing, the Court will decide whether to approve: (1) the Settlement; (2) Class Counsel's request for up to $183,333.33 in attorneys' fees, and reimbursement of up to $10,000 in costs; and (3) $5,000 Service Awards to each of the three Class Representatives. You may appear at the hearing, but you do not have to. You also may hire your own attorney, at your own expense, to appear or speak for you at the hearing.

------------------------------------------------------------------------



BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 47   COSTA MESA CA
POSTAGE WILL BE PAID BY ADDRESSEE

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

*Baldor Data Breach Settlement*
**PO Box 25226**
**Santa Ana, CA 92799**

*Baldor Data Breach Settlement*
P.O. Box 25226
Santa Ana, CA 92799

```
PRESORTED
FIRST CLASS
U.S. POSTAGE
PAID
SIMPLURIS INC
```

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**REMINDER NOTICE**

Case No. 1:23-cv-03580 (S.D.N.Y.)

**If you were given notice by Baldor that your private information was impacted by Baldor's data incident in February 2023, you may be entitled to benefits from a class action settlement.**

*A federal district court authorized this Notice.*

**www.BaldorDataBreachSettlement.com**
**1-877-723-7126**

**CLAIM NUMBER:**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CLAIM NUMBER:**

**BALDOR SPECIALTY FOODS DATA BREACH CLAIM FORM**

*Complete this Claim Form, tear at perforation, and return by U.S. Mail no later than **August 20, 2024.*** You have two options. You can get either:

(1) three years of **credit monitoring services**, compensation for **unreimbursed economic losses*** (up to $10,000), and compensation **for lost time** (up to 6 hours, at $25 per hour, for a total of $150)

**OR**   (2) an estimated $100 cash payment.

***To file claims for unreimbursed economic losses, visit www.BaldorDataBreachSettlement.com instead of using this Claim Form.*

| Credit Monitoring and/or Compensation for Lost Time | | Cash Payment (estimated $100) |
|---|---|---|
| ☐ Yes, I would like to receive **credit monitoring services**<br><br>☐ Yes, I would like to claim compensation for **lost time**<br><br>By checking this box, I swear and affirm that I spent the amount of time noted below in response to the data breach.<br><br>Hours claimed (up to six): _____ | **OR** | ☐ Yes, I would like to receive a cash payment |

If submitting either a claim for lost time **OR** a claim for a cash payment, how would you like to be paid:
Select **ONE**:   ☐ PayPal   ☐ Venmo   ☐ Zelle   ☐ Check
The email address associated with my PayPal, Venmo, or Zelle account: _____

Signature                                                Date (MM-DD-YY):   ___-___-___