### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDUARDO ANTONIO JIMENEZ DEL ROSARIO, JAYSON MERCADO, and TANEISHA LEWIS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BALDOR SPECIALTY FOODS, INC.,<br><br>Defendant. | Case No. 1:23-cv-03580<br><br>Judge Alvin K. Hellerstein |

### NOTICE OF PLAINTIFFS' RENEWED MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARDS

**PLEASE TAKE NOTICE** Plaintiffs Eduardo Anthonio Jiminez Del Rosario, Jayson Mercado, and Taneisha Lewis, on behalf of themselves and the Settlement Class, hereby moves the Court for award of attorneys' fees, reimbursement of expenses, and a service aware to the class representative.

This motion is based on the accompanying memorandum of law, the declaration of counsel, the pleadings and documents on file, and such oral argument and documentary evidence as may be properly presented at the time of the hearing.

Dated: August 6, 2024

By: */s/ Brittany Resch*
Brittany Resch (*pro hac vice*)
Raina C. Borrelli (*pro hac vice*)
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109

bresch@straussborrelli.com
raina@straussborrelli.com

James J. Bilsborrow (NY Bar # 519903)
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY  10003
Telephone: (212) 558-5500
jbilsborrow@weitzlux.com

*Attorneys for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

I, Brittany Resch, hereby certify that on August 6, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 6th day of August, 2024.

STRAUSS BORRELLI PLLC

By: */s/ Brittany Resch*
    Brittany Resch
    STRAUSS BORRELLI PLLC
    One Magnificent Mile
    980 N. Michigan Avenue, Suite 1610
    Chicago IL, 60611
    Telephone: (872) 263-1100
    Facsimile: (872) 263-1109
    bresch@straussborrelli.com