UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDUARDO ANTONIO JIMENEZ DEL ROSARIO, JAYSON MERCADO, and TANEISHA LEWIS, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>BALDOR SPECIALTY FOODS, INC.,<br><br>      Defendant. | Case No. 1:23-cv-03580<br><br>Judge Alvin K. Hellerstein |

**DECLARATION OF RAINA C. BORRELLI IN SUPPORT OF
PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT
OF FINAL APPROVAL OF CLASS SETTLEMENT**

I, Raina C. Borrelli, being competent to testify, make the following declaration based on my personal knowledge.

1. I am an attorney duly licensed to practice law in the State of Minnesota and am a partner at Strauss Borrelli PLLC. I am Settlement Class Counsel in the above-captioned action (the "Action"). I submit this supplemental declaration in support of Plaintiffs' Supplemental Memorandum in Support of Final Approval of Class Settlement.

2. I received an objection to the Settlement from Settlement Class Member Jaime A. Diaz O'Neill dated August 15, 2024, via email on August 16, 2024. *See* Ex. A.

3. The settlement website is accessible at the URL https://baldordatabreachsettlement.com/. When I conduct a search for "Baldor data breach settlement" via Google, the settlement website is the search result listed.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of August 2024, at Eagan, Minnesota.

                        By: */s/ Raina C. Borrelli*
                              Raina C. Borrelli
                              STRAUSS BORRELLI PLLC
                              980 Michigan Avenue, Suite 1610
                              Chicago, Illinois 60611
                              Telephone: (872) 263-1100
                              Facsimile: (872) 263-1109
                              raina@straussborrelli.com

## **CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that on August 19, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 19th day of August, 2024.

        STRAUSS BORRELLI PLLC

By: */s/ Raina C. Borrelli*
    Raina C. Borrelli
    raina@straussborrelli.com
    STRAUSS BORRELLI PLLC
    One Magnificent Mile
    980 N Michigan Avenue, Suite 1610
    Chicago IL, 60611
    Telephone: (872) 263-1100
    Facsimile: (872) 263-1109