UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **EDUARDO ANTONIO JIMENEZ DEL ROSARIO, JAYSON MERCADO, and TANEISHA LEWIS**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**BALDOR SPECIALTY FOODS, INC.,**<br><br>Defendant. | Case No. 1:23-cv-03580<br><br>**SUPPLEMENTAL DECLARATION OF CHRISTOPHER LEUNG OF SIMPLURIS, INC. REGARDING NOTICE AND SETTLEMENT ADMINISTRATION** |

I, CHRISTOPHER LEUNG, declare as follows:

1. I am employed as a Project Manager by Simpluris, Inc. ("Simpluris"), the settlement administrator in the above-entitled action. Our corporate office address is 3194-C Airport Loop Dr., Costa Mesa, CA 92626. I am over twenty-one years of age and authorized to make this declaration on behalf of Simpluris and myself. I have personal knowledge of the information set forth herein.

2. Simpluris is a class action Settlement Administration Company located in Costa Mesa, California. It was founded by individuals who have each managed thousands of settlements, along with professionals in the areas of software development, third-party claims administration, mail-house operations, and call center support management.

3. *Objections*. On August 16, 2024, Simpluris received one (1) objection from Class Member Jaime A. Diaz O'Neill, attached as **Exhibit A.** On May 22, 2024, Simpluris sent the Postcard Notice to Jaime A. Diaz O'Neill and a Reminder Notice Postcard on July 22, 2024, to Timesquare Sta., PO Box 698, New York, NY 10108-0698. The deadline to file an Objection was July 21, 2024.

4. On August 6, 2024, the Class Member filed a Postcard Claim Form claiming credit monitoring services and six (6) hours of Lost Time, attached as **Exhibit B.** Additionally, on August 6,

- 1 -

2024, the Class Member filed a Postcard Reminder Claim Form claiming an Alternative Cash Payment, attached as **Exhibit C.**

5. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on August 19, 2024.

*[signature]*

_____

Christopher Leung

# EXHIBIT A

United States District Court
Southern District

Jaime A. Diaz O'Neill et als
Jimenez Del Rosario et als

V.

23-CV-03580

Baldor specialtee food Inc.

Urgent brief objecting to the proposed settlement pursuant to alleged February 2023 incident data that exposed private information of current and former employees of this Company and request Suspension and or paralysis of the proceedings and informs of the Nullity of any Court action.

To the Court:

Appears Mr. Jaime A. Diaz O'Neill in his own right who subscribes, a former employee of this Company, who resigned and very respectfully states, alleges and request

1. The due process of law requires timely effective Notification that certifies it.

2. This is a case that was filed on april 28, 2023 and it is objected in all

its parts, Mr. Jaime A. Diaz O'Neill becomes aware of this case on the date of August 6, 2024, in all of which we are prevented from appearing effectively.

3. We have not been able to participate in the discovery of evidence, even if the allegations are true we are very happy that is proposed has happened to the company that Mr. Louis Balducci founded with his vented PustaCart for $5.00 dollars a week in 1918

4. This Company is related to the Murder of Mr. Marcial Diaz Jimenez, likewise with the disgusting Corruption within the United States Postal Service see tracking 9589 0710 5270 0498 185330 / 9550 9402 8247 3094 8551 75 / 9505 5145 0396 6221 1067 36, for all of which we are not surprised that this Company has not Notified its former employees and its current employees of the situation as it occurs

5. This Company is requested to Notify all its former employees by Certified Mail of this Case, and the evidence of having done so be presented to the Court

6. The web address www.baldordata breach settlement.com is a fraud and is not suitable for accessing it.

For all of which

Certified notification is requested from to all former employees and current employees of this Company.

Mr. Jaime A. Diaz O'Neill was notified of a complete copy of this file, free of charge by the Company lawyers

The Court grants all former and current employees time to appear promptly after Certified Notice.

The Hearing for 20 of august of 2024 in this case be suspended by the Court

Submitted    15 of august of 2024

Jaime A. Diaz O'Neill
PO box 658 Times Square Station
New York, NY 10108
787-222-4466
Jaimeadiazoneill@yahoo.com

# Certificate of Service

Jaime A. Diaz-O'Neill certify that on 13 of August of 2024 I served a copy of this writing to the following parties:

Donna C Borelli
Bethany N Roscoft
980 W Michigan ave.
Suite 1610
Chicago Il 60611

James Jackson Bilsborrow
Weitz and Luxenberg
700 Broadway
New York NY 10003

erin elizabeth Colliher
Kevin Michael McGinty
Todd fredrick Rosenbaum
919 third ave
Suite 39 floor
New York NY 10022

One financial Center
Boston, MA 02111
Mintz levin Cohn ferris clovsky pipeo

# EXHIBIT B

**CLAIM NUMBER: 13564**

*Complete this Claim Form, tear at* ... *20, 2024.*
You have two options. You can get eithe

    (1) three years of **credit mo** ... mic losses*
        (up to $10,000), and cor ... a total of
        $150)

***OR***   (2) an estimated $100 cash p

*To file claims for unreimbursed econo*... *www.DataBreachSettlement.com instead of using this Claim Form.*

2 4 7 7 1 8

| Credit Monitoring and/or Compensation for Lost Time | Cash Payment (estimated $100) |
|---|---|
| ☑ Yes, I would like to receive **credit monitoring services** <br> ☑ Yes, I would like to claim compensation for **lost time** <br><br> By checking this box, I swear and affirm that I spent the amount of time noted below in response to the data breach. <br><br> Hours claimed (up to six): **6** | ☐ Yes, I would like to receive a cash payment |

***OR***

If submitting either a claim for lost time ***OR*** a claim for a cash payment, how would you like to be paid:

Select ***ONE***: ☐ PayPal    ☐ Venmo    ☐ Zelle    ☐ Check

The email address associated with my PayPal, Venmo, or Zelle account: _____

Signature: *Jacmo A. Dray O'Neill*     Date (MM-DD-YY): 6 of august of 24

AA518159BB191595CC46245124DD85000363



NEW YORK NY 100

6 AUG 2024 PM 12 L

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 47   COSTA MESA CA

POSTAGE WILL BE PAID BY ADDRESSEE

*Baldor Data Breach Settlement*
**PO Box 25226**
**Santa Ana, CA 92799**

08/14/2024

# EXHIBIT C

**CLAIM NUMBER: 13564**

# BALDOR SPECIALTY FOODS DATA BREACH CLAIM FORM

*Complete this Claim Form, tear at perforation, and return* ... 0, 2024.
You have two options. You can get either:

(1) three years of **credit mon**... ic losses*
 (up to $10,000), and comp... total of
 $150)

**OR** (2) an estimated $100 cash pay...

*To file claims for unreimbursed economi*... ...stead of using



2 4 7 7 1 5

| Credit Monitoring and/or Compensation for Lost Time | **OR** | Cash Payment (estimated $100) |
|---|---|---|
| ☐ Yes, I would like to receive **credit monitoring services** <br> ☐ Yes, I would like to claim compensation for **lost time** <br> By checking this box, I swear and affirm that I spent the amount of time noted below in response to the data breach. <br> Hours claimed (up to six): _____ | | ☐ Yes, I would like to receive a cash payment |

If submitting either a claim for lost time **OR** a claim for a cash payment, how would you like to be paid:
Select **ONE**: ☐ PayPal ☐ Venmo ☐ Zelle ☒ Check
The email address associated with my PayPal, Venmo, or Zelle account: _____

Signature: *Jaime A. Naz[illegible]*  Date (MM-DD-YY): 6 of august of 24

AA524122BB195625CC46245124DD85000363

NEW YORK NY 100

6 AUG 2024 PM 7 L

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 47   COSTA MESA CA

POSTAGE WILL BE PAID BY ADDRESSEE

***Baldor Data Breach Settlement***
**PO Box 25226**
**Santa Ana, CA 92799**

