UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
:
EDUARDO ANTONIO JIMENEZ DEL :
ROSARIO on behalf of himself and all others : **ORDER**
similarly situated, :
: 23 Civ. 3580 (AKH)
              Plaintiffs, :
:
        v. :
:
BALDOR SPECIALTY FOODS, INC., :
:
:
              Defendant. :
--------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The Clerk is directed to strike and remove ECF Nos. 99 and 100, filed October 8 and 15, 2024, respectively, from the docket, returning same to sender. These documents contain scurrilous material not appropriate for a notice of appeal. *See* Fed. R. App. P. 3(c); Forms 1A and 2.

SO ORDERED.

Dated:  October 21, 2024
        New York, New York

                                                     ALVIN K. HELLERSTEIN
                                                     United States District Judge